UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAROJ C. PARIKH,

               Plaintiff,

   -against-

MICHAEL J. ASTRUE, COMMMISSIONER
OF SOCIAL SECURITY,

               Defendant.
------------------------------------------------------------------X

JUDGMENT
07-CV-3742 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR - 4 2008 ★

    A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on March 2, 2008, granting plaintiff's motion for judgment on the pleadings; denying the Commissioner's motion; and remanding the case to the Commissioner for a new hearing; it is

    ORDERED and ADJUDGED that plaintiff's motion for judgment on pleadings is granted; that the Commissioner's motion is denied; and that the case is remanded to the Commissioner for a new hearing.

Dated: Brooklyn, New York
       March 03, 2008

                                          ROBERT C. HEINEMANN
                                          Clerk of Court

                                          By Terry Vaughn, Chief Deputy